IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PICCARI; FRANK KIELB and FKE, INC.,<br><br>            Plaintiffs,<br><br>  v.<br><br>GTLO PRODUCTIONS, LLC; GTLO, LLC; PAUL HAMMOND and PAUL FARIELLO,<br><br>            Defendants. | CIVIL ACTION<br>NO. 14-06701 |

## ORDER

**AND NOW**, this 24th day of June, 2015, upon consideration of Defendants' Motion to Dismiss, (ECF No. 12), Plaintiffs response in opposition, (ECF No. 16), and Defendants' reply, (ECF No. 17), it is **ORDERED** that the motion is **GRANTED**. Plaintiffs' Lanham Act claims are dismissed and Plaintiffs' state law claims are dismissed for lack of subject matter jurisdiction.

                                                          BY THE COURT:


                                                          */s/ Gerald J. Pappert*
                                                          GERALD J. PAPPERT, J.